In the Matter of IRVING BITZ, Appellant, against JOSEPH A. CANAVAN et al., Constituting the New York State Board of Parole, et al., Respondents.

Argued September 27, 1939; decided October 17, 1939.

*Charles A. Schneider* and *Nicholas P. Iannuzzi* for appellant.

*John J. Bennett, Jr., Attorney-General (Bernard L. Alderman* and *Patrick H. Clune* of counsel), for respondents.

Order affirmed; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.